```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 42209
   ANGELINA GARTH
   BILLY E GARTH                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-8199    SSN XXX-XX-6314

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/12/2004 and was confirmed 01/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  23.08%.

     The case was paid in full 01/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-------------------------------------------------------------------------------
TOYOTA MOTOR CREDIT        SECURED          9250.00        721.05      9250.00
TOYOTA MOTOR CREDIT        UNSECURED        3134.14           .00       723.30
RESURGENT CAPITAL SERVIC   UNSECURED        4948.90           .00      1142.12
BROTHER LOAN & FINANCE     UNSECURED        1019.00           .00       235.16
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00          .00
CARD PROCESSING CENTER     UNSECURED       NOT FILED          .00          .00
ECAST SETTLEMENT CORP      UNSECURED        2713.94           .00       626.33
COLLECTION CONNECT         UNSECURED       NOT FILED          .00          .00
CREDIT CARD SERVICES       UNSECURED       NOT FILED          .00          .00
DISCOVER FINANCIAL SERVI   UNSECURED        6351.50           .00      1465.82
ECAST SETTLEMENT CORP      UNSECURED         794.56           .00       183.37
FLEET                      UNSECURED       NOT FILED          .00          .00
ECAST SETTLEMENT CORP      UNSECURED        2651.29           .00       611.87
ECAST SETTLEMENT CORP      UNSECURED         600.39           .00       138.56
ECAST SETTLEMENT CORP      UNSECURED       NOT FILED          .00          .00
HOUSEHOLD FINANCE CORP     UNSECURED        3760.74           .00       867.92
JC PENNEY                  UNSECURED       NOT FILED          .00          .00
WORLD FINANCIAL NETWORK    UNSECURED         430.25           .00        99.29
MCI                        UNSECURED       NOT FILED          .00          .00
PENNCRO ASSOCIATES INC     UNSECURED       NOT FILED          .00          .00
FIRST CONSUMERS NB MASTE   UNSECURED         307.00           .00        70.85
RESURGENT ACQUISITION LL   UNSECURED        4842.63           .00      1117.60
SIR FINANCE                UNSECURED        1088.00           .00       251.09
ECAST SETTLEMENT CORP      UNSECURED       14013.90           .00      3234.17
FIRST CONSUMERS NB         UNSECURED        2058.14           .00       474.99
CARMAX AUTO FINANCE        NOTICE ONLY    NOT FILED           .00          .00
CARMAX AUTO FINANCE        NOTICE ONLY    NOT FILED           .00          .00
WORLD FINANCIAL NETWORK    UNSECURED         676.57           .00       156.14
ECAST SETTLEMENT CORP      UNSECURED        4741.85           .00      1094.34
NICOLE LAWSON              DEBTOR ATTY      1,344.00                   1,344.00
TOM VAUGHN                 TRUSTEE                                     1,392.03
DEBTOR REFUND              REFUND                                        700.00

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 42209 ANGELINA GARTH & BILLY E GARTH
```

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 25,900.00 | |
| PRIORITY | | .00 |
| SECURED | | 9,250.00 |
| INTEREST | | 721.05 |
| UNSECURED | | 12,492.92 |
| ADMINISTRATIVE | | 1,344.00 |
| TRUSTEE COMPENSATION | | 1,392.03 |
| DEBTOR REFUND | | 700.00 |
| TOTALS | 25,900.00 | 25,900.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE